## PEOPLE v. O'ROURKE.

(Supreme Court, Appellate Division, First Department. December 7, 1906.)

Appeal from Court of Special Sessions of City of New York.

Bernard J. O'Rourke was convicted of permitting a female to be employed in a factory under his charge after 9 o'clock p. m. From an order of the Court of Special Sessions arresting judgment and discharging him, the people appeal. Affirmed.

Argued before INGRAHAM, McLAUGHLIN, HOUGHTON, CLARKE, and SCOTT, JJ.

Julius M. Mayer, for the People.
Frederick B. House, for respondent.

PER CURIAM. The questions arising in this case are the same as those presented in the case of People v. Williams (decided herewith) 101 N. Y. Supp. 562; and for the reasons stated in the prevailing opinion in that case the order appealed from is affirmed.

INGRAHAM and HOUGHTON, JJ., dissent.